People v Gonzalez
2026 NY Slip Op 03642
June 9, 2026
Appellate Division, First Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, Respondent,
v
Luis Gonzalez, Defendant-Appellant.

Decided and Entered: June 09, 2026
Ind. No. 624/20, 72224/22|Appeal No. 6851|Case No. 2022-04810|
Before: Webber, J.P., Gesmer, Mendez, Rodriguez, Hagler, JJ.

Caprice R. Jenerson, Office of the Appellate Defender, New York (Rachel Lindy of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Gamaliel Marrero of counsel), for respondent.

[*1]
An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Steven J. Hornstein, J.), rendered October 11, 2022,
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,
It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 9, 2026
Counsel for appellant is referred to § 606.5, Rules of the Appellate Division, First Department.